

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

> The initial pretrial conference scheduled for June 5, 2024, is rescheduled for **May 15, 2024, at 4:10 P.M.**  Defendants shall file their premotion letter by **May 7, 2024.**  Plaintiffs shall file their response by **May 10, 2024.**  The parties' request to bifurcate discovery and the premotion letters will be addressed at the initial pretrial conference.  The parties' request to stay discovery pending a decision on the request to bifurcate discovery and a decision on Defendants' motion to dismiss is **DENIED**.  The parties are apprised that discovery typically is not stayed pending a motion to dismiss.
>
> Dated: April 30, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

April 29, 2024

**By Electronic Mail**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Qwame Thomas v. Anschutz Entertainment Group, Inc., et al.*,
            24-cv-1595

Dear Judge Schofield:

      We represent Defendants Anschutz Entertainment Group, Inc. and The Bowery Presents, LLC in the above-captioned matter. We jointly write with Plaintiffs' counsel to respectfully request a stay of all discovery deadlines in the April 19, 2024 Civil Case Management Plan and Scheduling Order (Dkt. No. 17) until the Court decides the parties' request to bifurcate discovery and the Court's ruling on Defendants' motion to dismiss.

      This case is a putative class action under the Fair Labor Standards Act and the New York Labor Law.  The putative class consists of approximately 80 current and former employees.  In connection with the proposed Civil Case Management Plan and Scheduling Order, the parties requested that the Court permit the parties to bifurcate discovery so that class certification discovery would first proceed, the parties would then have time to file and oppose class certification, and then once class certification is decided the parties would proceed with merits discovery.  In response to this request, Your Honor issued an Order on April 19, 2024 (Dkt. No. 16) stating that the parties' request would be considered at the June 5, 2024 Initial Pretrial Conference.

      Also, as stated in the proposed Civil Case Management Plan and Scheduling Order, Defendants stated they intended to file a motion to dismiss regarding Plaintiff's spread of hours claim.  The Order also set a May 22, 2024 deadline for Defendants to file a pre-motion letter, to which Plaintiffs have until May 29, 2024 to respond.

      The parties respectfully request that, in order to preserve the parties' time and resources, all discovery deadlines be stayed until the Court's decision on discovery bifurcation and the Court's ruling on Defendants' motion to dismiss because it will impact how the parties propound

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.   Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.   Business Service Centers:  Johannesburg  Louisville.   Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

\\NY - 033684/000005 - 10585770 v4

Honorable Lorna G. Schofield			- 2 -			April 29, 2024

discovery in the early stages of this matter. Similarly, given that Defendants' deadline to respond to the Complaint is May 12, 2024, prior to the pre-motion letter process is completed, the parties respectfully request that the deadline for Defendants' response to the Complaint be stayed until the Court's decision on any pre-motion letters.

      Therefore, we respectfully request that all discovery deadlines that fall before June 5, 2024 in the Civil Case Management Plan and Scheduling Order be stayed until Your Honor issues a decision on the parties' request to bifurcate discovery and Defendants' motion to dismiss.

Respectfully submitted,

*/s/ Michael DeLarco*
Michael DeLarco

Partner
michael.delarco@hoganlovells.com
D 212 918 3265

Douglas Mace

Managing Attorney
douglas@dannygracepc.com
(212) 202-2485
Danny Grace PLLC
Attorneys at Law, New York
225 Broadway, Suite 1200


  cc:    Tao Leung
           Counsel to All Parties (by ECF)