UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
  :
QWAME THOMAS, :
                    Plaintiff, :
  : 24 Civ. 1595 (LGS)
-against- :
  : ORDER
ANSCHUTZ ENTERTAINMENT GROUP, INC., et al., :
                    Defendants. :
------------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on May 15, 2024.

WHEREAS, defense counsel has agreed to accept service for Webo Racket LLC, when and if that party is named as a Defendant.  It is hereby

**ORDERED** that the application to bifurcate discovery is **DENIED**, except that discovery of individual putative class and collective members is stayed.  All other deadlines in the Case Management Plan and Scheduling Order dated April 19, 2024, remain unchanged.  It is further

**ORDERED** that by **June 20, 2024**, the parties shall file a joint letter describing the outcome of the mediation and proposing next steps in the litigation, including the filing of an amended Complaint, the treatment of the putative class and collective members who are subject to arbitration agreements and any proposed motions.

Dated: May 16, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**