```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   QWAME THOMAS,                                            :
                          Plaintiff,                        :
                                                            :      24 Civ. 1595 (LGS)
   -against-                                                :
                                                            :           ORDER
   ANSCHUTZ ENTERTAINMENT GROUP, INC., et                   :
   al.,                                                     :
                          Defendants.                       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated May 16, 2024, directed the parties to file a joint letter by June 20, 2024, describing the outcome of the mediation and proposing next steps in the litigation.

WHEREAS, the parties have not filed the required letter.

WHEREAS, the Court was informed that the parties have reached a settlement in principle.  It is hereby

ORDERED that, by **July 12, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

ORDERED that any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: June 24, 2024
       New York, New York

                                                   _____
                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE